# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>  Plaintiff,<br><br>  v.<br><br>**HealthSouth Corporation**<br><br>  Defendant. | CV-03-J-0615-S |

## MOTION FOR APPROVAL OF PAYMENT OF CLAIMS IN ACCORDANCE WITH PLAN OF ALLOCATION AND TRANSFER OF FUNDS

The Distribution Agent hereby moves this Honorable Court for an Order (I) approving the payment of claims in accordance with the Plan of Allocation for the SEC HealthSouth Securities Settlement filed October 22, 2007, in accordance with the Joint Order Approving Form and Manner of Notice dated October 3, 2007, and Clarifications filed on February 5, 2008, July 24, 2009, and May 14, 2010; (II) authorizing the transfer of funds.

I

Exhibit A contains a report and Exhibit B contains a list of valid claims eligible for payment in accordance with the Plan of Allocation for the SEC HealthSouth Securities Settlement filed on October 22, 2007, and Clarifications filed on February 5, 2008, July 24, 2009, and May 14, 2010. The Distribution Agent respectfully requests this Court to approve the

Case 2:03-cv-00615-IPJ   Document 239   Filed 05/14/10   Page 2 of 4

report and list of claims to be paid and authorize the Distribution Agent to pay the claims included in Exhibit B.

## II

In order to distribute checks to eligible recipients, the Distribution Agent must coordinate the transfer of funds from the Court Registry Investment System (CRIS) to Huntington National Bank.  The Distribution Agent respectfully requests this Court to authorize the Distribution Agent to make the necessary transfer of funds, including the principal and accrued interest in the CRIS account to the distribution account. Exhibit C contains an accounting for the funds in the CRIS account through March 31, 2010.

The motion is supported by the exhibits attached hereto. A proposed Order is also submitted with this motion.

Dated:  May 14, 2010

                                            Respectfully submitted,

                                            */s/ Francis E. McGovern*
                                            Francis E. McGovern
                                            Distribution Agent
                                            401 West Alabama
                                            Houston, TX 77006
                                            Tel: 1-919-613-7095
                                            E-mail: McGovern@ law.duke.edu

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010, I electronically filed the foregoing Motion by using the ECF system which will send a notice of electronic filing to the following known Filing Users: R. Martin Adams, Edward E. Angwin, Gary H. Baise, William P. Hicks, Arthur W. Leach, Alan M. Lieberman, Madison Loomis, Joseph B. Mays, Jr.,  Francis E. McGovern, Leslie V. Moore, James W. Parkman, J. Marbury Ranier, Alex Rue, David G. Russel, Jack W. Seldon, H. Michael Semler, Kile T. Turner, John D. Worland, Jr.

I further certify that I served the foregoing document and notice of electronic filing by first-class mail to the following non-ECF participants:

Charles F. Walker, Esq.
Skadden, Arps, slate, Meagher & Flom
1440 New York Ave., N.W.
Washington D.C. 20005-2111

G. Douglas Jones, Esq.
2001 Park Place North, Suite 1000
Birmingham, AL 35203

Robert R. Riley, Jr.
Riley & Jackson, P.C.
1744 Oxmoor Road
Birmingham, AL 35209

Patrick J. Coughlin, Esq.
Coughlin Stoia et al.
655 West Broadway, Suite 1900
San Diego, CA 92101

James W. Johnson, Esq.
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY 10005

John P. Coffey, Esq.
1285 Avenue of the Americas, 38th Floor
New York, NY 10019

Robert T. Cunningham, Jr.
Cunningham Bounds Crowder Brown & Breedlove
1601 Dauphin Street
Mobile, AL 36604

David J. Guin Esq.
Donaldson & Guin, LLC
The Financial Center
505 20th Street, North, Suite 1000
Birmingham, AL 35203

Charles W. Gilligan, Esq.
O'Donohue & O'Donohue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

Michael J. Del Giudice, Esq.
1219 Virginia Street, East, Suite 100
Charleston, WV 25301


/s/_____