IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**HealthSouth Corporation**<br><br>　　　　　　　　**Defendant.** | CV-03-J-0615-S |

### ORDER APPROVING WITHDRAWAL OF MOTIONS AND TRANSFER OF CASE FOR DISTRIBUTION

**WHEREAS,** the Court, having reviewed the Distribution Agent's Motion To Withdraw Motions And Transfer Case for Distribution (doc. 242), and for good cause shown,

**IT IS HEREBY ORDERED** that the request for withdrawal of motions is approved.

**IT IS FURTHER ORDERED** that the request for transfer of the above-named case to the Honorable Karon Owen Bowdre in order to coordinate the distribution with In Re HealthSouth Corporation Securities Litigation, Master File No. CV-03-BE-1500-S, is approved and the case hereby transferred.

**IT IS FURTHER ORDERED** that the Securities and Exchange Commission shall retain all its rights and privileges as a party in In Re Securities and Exchange Commission v. HealthSouth Corporation, No. CV-03-J-0615-S, in connection with the transfer.

**DONE** and **ORDERED** this 24th day of June 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE