# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**HealthSouth Corporation**<br><br>Defendant. | CV-03-J-0615-S |

## MOTION FOR SEALING ORDER

I.

The Distribution Agent respectfully requests this Court for leave to file the Distribution List containing claimant names and distribution amounts in this proceeding under seal. The Distribution Agent will also submit a Distribution List without claimant names for placement in the public file. Plaintiff and Defendant have no objection to this request.

A proposed Order is also submitted with this motion.

Dated: June 30, 2010                                Respectfully submitted,

                                                                     s/ Francis E. McGovern
                                                                     Fund Administrator
                                                                     401 West Alabama
                                                                     Houston, TX 77006
                                                                     Tel: 1-919-613-7095
                                                                     E-mail: McGovern@ law.duke.edu

**CERTIFICATE OF SERVICE**

   I hereby certify that on _____June 30, 2010__, I electronically filed the foregoing Distribution Agent's Motion to File Injured Customer List Under Seal by using the ECF system which will send a notice of electronic filing to the following known Filing User:  R. Martin Adams, Edward E. Angwin, Gary H. Baise, William P. Hicks, Arthur W. Leach, Alan M. Lieberman, Madison Loomis, Joseph B. Mays, Jr., Francis E. McGovern, Leslie V. Moore, James W. Parkman, J. Marbury Ranier, Alex Rue, David G. Russel, Jack W. Selden, H. Michael Semler, Kile T. Turner, John D. Worland, Jr.

   I further certify that I served the foregoing document and notice of electronic filing by first-class mail to the following non-ECF participants:

Charles F. Walker, Esq.
Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

G. Douglas Jones, Esq.
2001 Park Place North, Suite 1000
Birmingham, AL 35203

Robert R. Riley, Jr., Esq.
Riley & Jackson, P.C.
1744 Oxmoor Road
Birmingham, AL 35209

Jonah H. Goldstein, Esq.
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

James W. Johnson, Esq.
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY 10005

Rochelle Hansen, Esq.
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas, 38th Floor
New York, NY 10019

Robert T. Cunningham, Jr., Esq.
Cunningham Bounds Crowder Brown & Breedlove
1601 Dauphin Street

Mobile, AL 36604

David J. Guin, Esq.
Donaldson & Guin, LLC
The Financial Center
505 20th Street, North, Suite 1000
Birmingham, AL 35203

Charles W. Gilligan, Esq.
O'Donohue & O'Donohue
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016

Michael J. Del Giudice, Esq.
1219 Virginia Street, East, Suite 100
Charleston, WV 25301