IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HealthSouth Corporation<br><br>Defendant. | CV-03-J-0615-S |

### SEALING ORDER

On June 30, 2010, the Distribution Agent filed a "Motion for Sealing Order" (doc. 246). That motion requested from the court leave to file the Distribution List (referred to in Exhibit D to the Distribution Agent's "Motion for Adoption of Rulings, Approval of Payment of Claims in Accordance with Plan of Allocation, and Transfer of Funds," doc. 244) containing claimant names and distribution amounts in this proceeding under seal. Plaintiff and Defendant have no objection to this request.

Therefore, the court GRANTS the motion for sealing order and ORDERS that the Distribution Agent may file the Distribution List containing claimant names under seal with the

1

Clerk of the Court. Once filed, this list shall be kept under seal, even after the conclusion of this action, until further order of the court.

DONE and ORDERED this 1st day of July, 2010.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE