# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HealthSouth Corporation<br><br>Defendant. | CV-03-J-0615-S |

### ORDER GRANTING DISTRIBUTION AGENT'S
### MOTION FOR DISBURSEMENT OF REGISTRY FUNDS

Having reviewed the Distribution Agent's "Motion for Disbursement of Registry Funds" (doc. 249), and for good cause shown, the court GRANTS the motion and ORDERS as follows:

The Clerk is authorized and directed to issue a wire transfer or draw a check on the funds on deposit in the Registry of the Court in the principal amount of one hundred and one million, seven hundred and forty-six thousand, one hundred and ninety-four dollars and twenty-seven cents ($101,746,194.27) plus all interest earned for a total amount of $107,168,755.54, less Administrative Assessment Fee of $488,030.51 for a total amount of $106,680,725.03, payable to SEC v. HealthSouth Corp. QSF; the wire transfer or check should be sent to SEC v. HealthSouth Corp. QSF at c/o Huntington National Bank, Attn. Chris

Ritchie, 630 Freedom Business Center, 3rd Floor, King of Prussia, PA 19406 ( Phone: 215-568-2328).

DONE and ORDERED this 9th day of July, 2010.

*Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE